ACCEPTED
14-14-00920-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 2:15:51 PM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS FOR THE**
**FOURTEENTH DISTRICT COURT OF APPEALS**
**HOUSTON, TEXAS**
**NOS. 14-14-00920-CR, 14-14-00921-CR**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 2:15:51 PM
CHRISTOPHER A. PRINE
Clerk

**LEONARK STOREMSKI**
**APPELLANT**

**On Appeal from Cause Nos. 1361696, 1361698**
**From the 263rd District Court, Harris County**

**V.**

**THE STATE OF TEXAS**
**APPELLEE**

---

### Appellant's FINAL Motion For Extension
### For 10 Days
### Due to Exceptional Circumstances

---

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

COMES NOW, Leonard Storemski, and files this Final Motion to Extend Time to File Brief, and in support thereof, would respectfully show the Court the following:

I.

The current deadline for filing Appellant's Brief is May 27, 2015. There have been two previous motions for extension of time to file Appellant's Brief.

II.

Counsel for the appellant had intended to have filed the brief in this case by now but must humbly request this extension due to the fact that counsel has recently suffered unanticipated interruptions in her work schedule due to family illnesses and the flooding and its attendant damage. Additionally, counsel has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *Ruben Totten,* PD-0483-15
- *Bobby Easley,* PD-0468-15
- *Chance Roach,* PD-0643-15
- *Hugo Pachas-Luna,* 01-14-00516-CR - 01-14-00520-CR
- *Rodney Robins,* 01-14-00582-CR
- *Stephen Hopper,* 14-15-00371-CR
- *Pete Rodriguez,* 14-15-00339-CR
- *Vincent Williams,* 14-15-00220-CR
- *Darryle Robertson,* 14-15-00132-CR

- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

III.

Appellant's attorney requests this extension which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this requested extension of time to file the Appellant's brief in the above cause and extend the time for filing Appellant's brief by 10 days, to July 2, 2015.

Respectfully Submitted,
**ALEXANDER BUNIN**
Chief Public Defender
Harris County, Texas

/s/ Sarah V. Wood
**SARAH V. WOOD**
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served upon the Harris County District Attorney's Office – Alan Curry, via the electronic filing service.

/s/ Sarah V. Wood
Sarah V. Wood